UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

DARRIN FOSTER,

        Petitioner,        Case No. 2:20-cv-115

v.        Honorable Paul L Maloney

HEIDI WASHINGTON et al.,

        Respondents.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that Petitioner's application for leave to proceed *in forma pauperis* (ECF No. 2) is **GRANTED**.

**IT IS FURTHER ORDERED** that Petitioner's request for preliminary injunctive relief is **DENIED** as moot.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

Dated:  August 18, 2020        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge